

# NUMBER 13-15-00046-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DOCTORS HOPSITAL AT RENAISSANCE, LTD.
AND RGV MED, LLC,**       **Appellants,**

**v.**

**JESUS JAIME ANDRADE AND
JESSICA ANDRADE,**       **Appellees.**

---

### On Petition for Permissive Appeal from the
### 275th District Court of Hidalgo County, Texas.

---

# ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Doctors Hospital at Renaissance, Ltd., and RGV MED, LLC have filed a petition for permissive interlocutory appeal challenging the trial court's denial of summary judgment in trial court cause number 5886-13-E.  *See* TEX. R. APP. P. 28.3; TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d), (f).  The trial court plaintiffs, Jesus Jaime Andrade

and Jessica Andrade, have filed a response stating that they are unopposed to the petition for permissive appeal.

This Court, having examined and fully considered the petition and response, is of the opinion that the petition should be granted. Accordingly, we GRANT permission to appeal. A notice of appeal is deemed to have been filed on this date. *See* TEX. R. APP. P. 28.3(k). The appeal will be governed by the rules for accelerated appeals. *Id.*; *see* TEX. R. APP. P. 28.1.

We direct the clerk of this Court to file a copy of this order with the trial court clerk. *See* TEX. R. APP. P. 28.3(k).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
2nd day of March, 2015.

2